File No. 1414B.300        Illinois Registration No. 06181539

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | No. 06 B 09806 |
| James T. Sullivan and Christine C. Sullivan, | Chapter 13 |
| Debtors. | Judge Manuel Barbosa |

## STATEMENT OF UNPAID BALANCE

NOW COMES Midamerica Bank, fsb ("MidAmerica"), by and through its attorneys, Ekl Williams PLLC, and provides this Court with its Statement Unpaid Balance, and in support thereof states as follows:

1. Debtors, James T. Sullivan and Christine C. Sullivan, filed the instant Chapter 13 Petition in Bankruptcy on August 31, 2006. MidAmerica is a secured creditor holding first and second mortgage lien interests on the residence owned by the Debtors.

2. MidAmerica received payments from the Trustee in order to cure the default for the first mortgage lien interest.

3. MidAmerica has not received sufficient funds to cure the default in the second mortgage lien.

4. Debtors are in arrears to MidAmerica in the amount of $2,502.71 for post petition arrearages and $30.00 for pre-petition arrearages for a total sum of $2,532.71 for the second mortgage lien.

WHEREFORE, Midamerica Bank, fsb, prays this Court order Debtors to cure their second mortgage lien with MidAmerica Bank, fsb in the amount of $2,532.71 and for such other and further relief as this Court deems proper.

                                           MIDAMERICA BANK, fsb

                                           BY:   /s/ Patrick J. Williams
                                                      Ekl Williams PLLC

PATRICK J. WILLIAMS
Ekl Williams PLLC
115 West 55th Street, Suite 400
Clarendon Hills, IL  60514
(630)654-0045
Illinois Registration No.: 06181539
/ddy (July 25, 2007)
K:\1414 MAF\300 Sullivan\BK - 06-9806\Statement of Unpaid Balance

2