```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 06 B 09806
   JAMES T SULLIVAN
   CHRISTINE C SULLIVAN                          CHAPTER 13

                                                 JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-7400      SSN XXX-XX-0960

-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 08/13/06 and confirmed on 10/05/06.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  39520.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| NATIONAL CITY MORTGAGE | MORTGAGE ARRE | 1900.00 | .00 | 1900.00 |
| NATIONAL CITY MORTGAGE | SECURED | .00 | .00 | .00 |
| ASSOCIATES IN PSYCHIATRY | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 18146.01 | .00 | 6856.06 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7481.86 | .00 | 2826.85 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 990.10 | .00 | 374.09 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 9708.95 | .00 | 3668.31 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 9652.73 | .00 | 3647.07 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 13564.97 | .00 | 5125.22 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1304.83 | .00 | 493.00 |
| FRIEDMAN & WEXLER | UNSECURED | NOT FILED | .00 | .00 |
| VATIV RECOVERY SOLUTIONS | UNSECURED | 1261.16 | .00 | 476.50 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 945.85 | .00 | 357.37 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 359.93 | .00 | 135.99 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2551.97 | .00 | 964.20 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ROUNDUP FUNDING LLC | UNSECURED | 2161.75 | .00 | 816.77 |
| TOLEDO AREA COMMUNITY | UNSECURED | 16633.40 | .00 | 6284.56 |
| FNANB VISA | UNSECURED | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | 714.10 | .00 | 269.81 |

         Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

```
TOTAL CLMS ALLOWED     1900.00          .00     85477.61          .00     87377.61
PRINCIPAL PAID         1900.00          .00     32295.80          .00     34195.80
INTEREST PAID              .00          .00         .00           .00         .00
TOTAL PAID             1900.00          .00     32295.80          .00     34195.80
```

The Debtor's attorney, JAMES A YOUNG & ASSOC            , was allowed $   2500.00
and was paid $    500.00   direct and $   2000.00   through the plan.

The Trustee received $   1964.20 .

Refunds to the Debtor totaled $   1360.00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/16/09                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE



                            PAGE   2
      CASE NO. 06 B 09806 JAMES T SULLIVAN & CHRISTINE C SULLIVAN